IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Ecovac Services, Inc. | * | |
| Plaintiff(s) | | |
| | * | |
| vs. | | Civil Action No.   RDB-14-3201 |
| | * | |
| Ace Environmental Services, LLC | | |
| Defendant(s) | * | |

******

**ORDER**

Plaintiff(s) having failed to show good cause as to why service of the summons and complaint has not been made upon Ace Environmental Services, LLC within 120 days of the filing of the complaint as required by the prior order of this court, it is, this 27th day of May, 2015,

ORDERED that this action be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

/s/
Richard D. Bennett
United States District Judge

Rule 4m Dismissal Order (Rev. 2/28/2005)